UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Case No.: 3:19-cv-02018

LEE ANNE SAVOIA-McHUGH
and JOHN SAVOIA-McHUGH,

    Plaintiffs,

vs.

MICHAEL S. GLASS, PHILIP KRISPIN,
EASTERN UNION FUNDING, LLC,
WATERFALL, LLC, WATERFALL
GROUP, LLC, JOHN W. McCRARY,
and SANTA FE CAPITAL, LLC.

    Defendants,
_____/

## NOTICE TO SET ACTION FOR JURY TRIAL

Plaintiffs, LEE ANNE SAVOIA-McHUGH and JOHN SAVOIA-McHUGH, by and through undersigned counsel and pursuant to *Fed.R.Civ.P.* 38, hereby state that this matter is at issue and request that it be set for a jury trial. Plaintiffs estimate that the time necessary to try this matter is 5 to 7 days.

    /s/ *Jonathan B. Butler*
    JONATHAN BUTLER, ESQ.
    Florida Bar No. 56197
    CIKLIN LUBITZ
    515 N. Flagler Drive – 20th Floor
    West Palm Beach, FL   33401
    Off:  (561) 832-5900
    Fax:  (561) 833-4209
    Email: jbutler@ciklinlubitz.com
          service@ciklinlubitz.com
          dfogarty@ciklinlubitz.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 9th day of August, 2021 a true and correct copy of the foregoing was filed via the CM/ECF system, which will send a notification of electronic filing to all counsel or parties of record on the Service List.

By: /s/ *Jonathan B. Butler*
Jonathan B. Butler
Florida Bar No. 056197
