# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LEE ANNE SAVOIA-McHUGH and
JOHN SAVOIA-McHUGH
v.
MICHAEL S. GLASS, et al.

CASE NO.  3:19cv2018-MCR-HTC

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   August 9, 2021

Motion/Pleadings:  NOTICE TO SET ACTION FOR JURY TRIAL
                   [construed as a Motion to Set Jury Trial]

Filed by   Plaintiffs          on   August 9, 2021          Doc. #  140

Response _____  on _____  Doc. # _____

_____ Stipulated        _____ Joint Pleading
_____ Unopposed         _____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

---

On consideration, the motion is DENIED.  The matter of trial scheduling will be visited following disposition of the pending Motion for Summary Judgment, ECF No. 132.

**DONE and ORDERED** this 9th day of August 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**